JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JUSTIN MARK CULLEN,

Plaintiff,

v.

GTT AMERICAS, LLC,

Defendant.

Case No. 2:25-cv-11613-SB-MAR

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, it is ordered that this action is dismissed without prejudice.

This is a final judgment.

Date: October 13, 2026

Stanley Blumenfeld, Jr.
United States District Judge